PAULEY, J.

Michael A. Siskin, Esq. (MS-1802)
Attorney At Law
17 Barstow Road, Suite 408
Great Neck, New York 11021
(516) 466-1233

Attorney for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JACK ODINSKY,

                              Plaintiff,        Index No. 05-CV-8726 (WHP)

  -against-

WALDBAUM, INC., a New York corporation, and    **STIPULATION TO DISMISS**
THE GREAT ATLANTIC & PACIFIC TEA CO., a
Maryland corporation.                                  **FED. R. CIV. P. 41(a)(1)(ii)**

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), all parties appearing in this action, by their attorneys, stipulate that the above-entitled civil action be dismissed, without prejudice. Defendants agree to waive all costs.

MICHAEL A. SISKIN, ESQ.                  FULBRIGHT & JAWORSKI, LLP
Attorney for Plaintiff,                          Attorneys for Defendants,
JACK ODINSKY                                            WALDBAUM, INC. and THE GREAT
17 Barstow Road, Suite 408                     ATLANTIC & PACIFIC TEA CO.
Great Neck, New York 10021                  666 5th Avenue, 31st Floor
(516)466-1233                                                  New York, New York 10103
                                                              (212) 318-3000

_____            BY: _____
MICHAEL A. SISKIN                           DOUGLAS P. CATALANO DC(9719)
DATED: 5/26/06                                        DATED: 5/26/2006

SO ORDERED: May 30, 2006                   SO ORDERED:

_____                    _____
WILLIAM H. PAULEY III U.S.D.J.            U.S.D.J.

## AFFIDAVIT OF SERVICE BY E-MAIL

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NASSAU  )

MICHAEL A. SISKIN, being duly sworn, deposes and says that he is not a party to this action and is over 18 years of age. On the 26th day of May, 2006, deponent served the annexed STIPULATION OF DISMISSAL [FED. R. CIV. P. 41(A)(1)(ii)] upon the following attorneys at the addresses indicated by sending an e-mail message to:

> Douglas P. Catalano, Esq.
> Fulbright & Jaworski, LLP
> 666 5th Avenue, 31st Floor
> New York, NY 10103
>
> dcatalano@fulbright.com

_____
MICHAEL A. SISKIN